

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2022

No. 04-21-00212-CV

Earl **HARPER**,
Appellant

v.

**CREDITO REAL BUSINESS CAPITAL**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23243
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

On August 18, 2022, appellant filed a motion for rehearing. After consideration, we **deny** appellant's motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court